

Kenneth Syncere RIVERA, a/k/a Kenneth D. Rivera, a/k/a Kenneth Rivera, Plaintiff-Appellant,

v.

Bryan P. STIRLING, Director; Elbert Pearson, S.I.U.; Lieutenant Skipper, Contraband; Mr. McFadden, Warden; Ms. Ravenell, I.C.C.; Michael R. Matthews, Defendants-Appellees.

No. 16-7137

United States Court of Appeals, Fourth Circuit.

Submitted: December 20, 2016

Decided: December 22, 2016

Kenneth Syncere Rivera, Appellant Pro Se. Stephanie Holmes Burton, Gibbes & Burton, LLC, Spartanburg, South Carolina, for Appellees.

Before GREGORY, Chief Judge, and WYNN and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Syncere Rivera appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. Because the record discloses that Rivera failed to properly exhaust his administrative remedies as required under 42 U.S.C. § 1997e (2012), we affirm the dismissal without prejudice of his complaint. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

Kenneth Syncere RIVERA, a/k/a Kenneth Rivera, a/k/a Kenneth D. Rivera, Plaintiff-Appellant,

v.

Bryan P. STIRLING, Director; Mr. McKie, a/k/a Bernard McKie, Warden; Mr. Pearson, a/k/a Elbert Pearson, S.I.U.; Ms. Smith, I.C.C.; Mr. Span, I.C.C., Defendants-Appellees.

No. 16-7139

United States Court of Appeals, Fourth Circuit.

Submitted: December 20, 2016

Decided: December 22, 2016

Kenneth Syncere Rivera, Appellant Pro Se. Stephanie Holmes Burton, Gibbes & Burton, LLC, Spartanburg, South Carolina, for Appellees.

Before GREGORY, Chief Judge, and WYNN and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Syncere Rivera appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. Because the record discloses that Rivera failed to properly exhaust his administrative remedies as required under 42 U.S.C. § 1997e (2012), we affirm the dismissal without prejudice of his complaint. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Jamal H. ALFRED, a/k/a Joshua Al
Hall, a/k/a JA, Defendant-
Appellant.**

No. 16-7163

United States Court of Appeals,
Fourth Circuit.

Submitted: December 20, 2016

Decided: December 22, 2016

Jamal H. Alfred, Appellant. Pro Se. Thomas A. O'Malley, Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before GREGORY, Chief Judge, and WYNN and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamal H. Alfred appeals from the district court's order granting his 18 U.S.C. § 3582(c)(2) (2012) motion.* We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. United States v. Alfred, No. 3:03-cr-00017-GCM-1 (W.D.N.C. Dec. 16, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

* Although the district court granted Alfred's § 3582(c)(2) motion, the reduction granted by the court did not reduce Alfred's sentence to the full extent he requested.